# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| TODD BEBOUT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 1:10-cv-1322-SEB-TAB |
| ) | |
| DR. LORENZO ELI, et al., ) | |
| ) | |
| Defendants. ) | |

## E N T R Y

    Summary judgment is appropriate when the moving party "shows that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law." Fed.R.Civ.P. 56(a). The party moving for summary judgment will always bear the initial burden of proving the absence of genuine issues of material fact." *Seng–Tiong Ho v. Taflove,* 648 F.3d 489, 496 (7th Cir. 2011).

    The plaintiff's motion for summary judgment is supported by a narrative telling the story of medical neglect and mismanagement from his perspective, but that statement does not cite to the pleadings or to evidentiary materials outside the pleadings and is riddled with conclusions and opinions for which no evidentiary basis is presented. That motion [68] fails to establish the absence of genuine issues of material fact, fails to establish that he is entitled to judgment as a matter of law, and is therefore **denied.**

    **IT IS SO ORDERED.**

Date:    09/19/2012

*[Signature: Sarah Evans Barker]*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Todd Bebout
DOC #111624
JCH-16-2F
Pendleton Correctional Facility
4490 Reformatory Road
Pendleton, IN 46064

All electronically registered counsel